ROBERT LAMANUZZI, SBN 213673
Attorney at Law
1330 L Street Suite D
Fresno, CA 93721
(559) 492-0009
Attorneys for Defendant
ANDREW MADRID

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:23-CR-00102-NODJ-BAM |
|---|---|
| Plaintiff, | ) STIPULATION TO REMOVE THE CONDITION OF HOME DETENTION, ORDER. |
| vs. | ) |
| ANDREW MADRID | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that pretrial release condition be modified so that the following language be added: "The condition of HOME DETENTION be replaced with a CURFEW from 6:00pm to 8:00am"

All other conditions remain in full force and effect. This modification is requested as Mr. Madrid has remained compliant with all conditions of release.

The government and Pre-Trial Probation are in agreement with the requested modification.

Respectfully submitted,

United States Attorney

DATED: February 20, 2024

/s/Stephanie Stokman_____
Assistant United States Attorney
Attorney for Plaintiff

DATED: February 20, 2024

/s/Robert Lamanuzzi_____
Attorney for Defendant
Andrew Madrid

## O R D E R

**IT IS HEREBY ORDERED** that the pretrial release conditions be modified as follows: "The condition of HOME DETENTION shall be replaced with a CURFEW from 6:00pm to 8:00am." All other conditions remain in full force and effect.

DATED: 2/21/2024

_Sheila K. Oberto_

United States Magistrate Judge