ROBERT LAMANUZZI, SBN 213673
Attorney at Law
1330 L Street Suite D
Fresno, CA 93721
(559) 492-0009
Attorneys for Defendant
Andrew Madrid.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANDREW MADRID<br><br>　　　　Defendant. | Case No.: 1:23-cr-00102-ADA-BAM<br><br>STIPULATION AND OR MODIFICATION OF CONDITIONS OF PRE-TRIAL RELEASE<br><br>JUDGE: Hon, Erica Grosjean |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the following pretrial release conditions be removed as a condition of pre-trial release:

1) Location monitoring
2) Curfew

The government and pre-trial have no objection to the requested modification.

Respectfully submitted,

DATED: July 23, 2024　　　　　　　　　　　　*/s/*Robert Lamanuzzi
　　　　　　　　　　　　　　　　　　　　　　ROBERT LAMANUZZI
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　Andrew Madrid

/s/Stephanie Stokman
Stephanie Stokman
Assistant United States Attorney

/s/Lorena Gallagher
United States Pre-Trial Officer
Lorena Gallagher

## O R D E R

**IT IS SO ORDERED** that the pretrial release conditions of LOCATION MONITORING AND CURFEW be removed.

All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated:  **July 24, 2024**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

Madrid: Stipulation and [Proposed]                -2-
Order to Modify Pretrial Condition