Robert Lamanuzzi Esq., (SBN 213673)
LAW OFFICE OF ROBERT LAMANUZZI
1330 L Street, Suite D
Fresno, CA 93721
Phone: (559) 492-0009
Email: robertlamanuzzi@gmail.com

Attorney for Defendant
**ANDREW MADRID**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>v.<br><br>ANDREW MADRID,<br><br>　　　　Defendant. | Case No.: 1:23-cr-00102-TLN-EPG<br><br>**REQUEST FOR RULE 43 WAIVER OF APPEARANCE;  ORDER** |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, ANDREW MADRID, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, Robert C. Lamanuzzi, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Dated: January 14th, 2026,　　　　　　　　　　　/s/ANDREW MADRID
　　　　　　　　　　　　　　　　　　　　　　　ANDREW MADRID
　　　　　　　　　　　　　　　　　　　　　　　Defendant

1

DATED: January 14th, 2026,                    /s/ Robert Lamanuzzi
                                              ROBERT LAMANUZZI
                                              Attorney for Defendant,
                                              ANDREW MADRID


## **ORDER**

   GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant, ANDREW MADRID's appearance may be waived for the status conference ON JANUARY 14, 2026 ONLY. Mr. Madrid shall appear in person at all future appearances, absent further order from the court.

IT IS SO ORDERED.

   Dated:    **January 14, 2026**            /s/ Erin P. Gross
                                             UNITED STATES MAGISTRATE JUDGE

2