**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ANDREW MADRID,<br>Defendant. | Case No: 1:23-CR-0102-MJWS-EPG-5<br><br>ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO: THE WARDEN, UNITED STATES PENITENTIARY, ALLENWOOD, PENNSYLVANIA; AND THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF CALIFORNIA:

Having considered defendant Andrew Madrid's Application for Writ of Habeas Corpus Ad Testificandum, and good cause appearing, IT IS HEREBY ORDERED that:

1. A Writ of Habeas Corpus Ad Testificandum shall issue commanding the Warden of USP Allenwood to produce the body of ARTURO MADRID, BOP Register No. 64036-510, currently in custody at USP Allenwood, Pennsylvania, before the United States District Court for the Eastern District of California, located at ROBERT E. COYLE FEDERAL COURTHOUSE2500 Tulare Street, Fresno, CA 93721, on SEPTEMBER 22ND, 2026, at 8:30 A.M., and to keep him in custody until his testimony as a witness in United States v. Mays, et al., Case No. 1:23-CR-00102-ADA-BAM, is completed, or until further order of this Court, and thereafter to return him to the custody of the Bureau of Prisons.

//

//

2. The United States Marshals Service is directed to make all necessary arrangements to transport Arturo Madrid to and from the Eastern District of California in time for the trial in this matter.

IT IS SO ORDERED.

DATED: August 25, 2026, at Honolulu, Hawai‘i.

/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge