# MINUTES

CASE NUMBER: 1:25-cr-00078-MWJS-1

CASE NAME: United States of America v. (05) Andrew Madrid

ATTYS FOR GOV'T: Cody S. Chapple
Chan Hee Chu

ATTY FOR DEFT: Robert C. Lamanuzzi

---

| | | | |
|---|---|---|---|
| JUDGE: | Micah W. J. Smith | REPORTER: | ZOOM – Ann Matsumoto |
| DATE: | 9/14/2026 | TIME: | 1:05 p.m. – 1:33 p.m.;<br>1:37 p.m. – 3:13 p.m. |

---

COURT ACTION: EP: VTC Final Pretrial Conference; Motion Hearing re Government's First and Second Motions in Limine; and Defendant's First, Second, Third, Fourth, Fifth, Sixth, Seventh, and Eighth Motions in Limine as to Defendant (05) Andrew Madrid held on 9/14/2026.

Defendant Andrew Madrid ("Defendant") is present and not in custody.

The court and all parties appeared by video teleconference.

Discussion held.

**<u>Motions in Limine</u>**

Dkt. No. [337] United States' Motion in Limine No. 1: To Admit Certain Evidence for Purposes of Impeachment – TAKEN UNDER ADVISEMENT.

Dkt. No. [338] United States' Motion in Limine No. 2: To Admit Certain Evidence at Trial - TAKEN UNDER ADVISEMENT.

Dkt. No. [339] Defendant Andrew Madrid's Motion in Limine No. 1 to Exclude Evidence of Co-Defendant's Firearms and Machine Gun Related Counts and Conduct - TAKEN UNDER ADVISEMENT.

Dkt. No. [340] Defendant Andrew Madrid's Motion in Limine No. 2 to Preclude Use of Co-Defendants' Guilty Pleas as Substantive Evidence and to Defer Ruling on the Impeachment of Arturo Madrid - TAKEN UNDER ADVISEMENT.

Dkt. No. [341] Defendant Andrew Madrid's Motion In Limine No. 3 to Require a Pretrial Determination of Conspiracy Membership and to Limit the Use of Pre-Joinder Conduct against Mr. Madrid - TAKEN UNDER ADVISEMENT.

Dkt. No. [342] Defendant Andrew Madrid's Motion in Limine No. 4 to Limit Drug Quantity Evidence to the Quantities Actually Charged Against Mr. Madrid - TAKEN UNDER ADVISEMENT.

Dkt. No. [343] Defendant Andrew Madrid's Motion in Limine No. 5 to Exclude or Limit Cooperating Witness and Proffer Evidence - TAKEN UNDER ADVISEMENT.

Dkt. No. [351] Defendant Andrew Madrid's Motion in Limine No. 6 to Exclude Inflammatory Characterizations and Terminology - TAKEN UNDER ADVISEMENT.

Dkt. No. [345] Defendant Andrew Madrid's Motion in Limine No. 7 to Exclude Cash, Proceeds, and Search-Scene Evidence Absent a Foundational Showing - TAKEN UNDER ADVISEMENT.

Dkt. No. [346] Defendant Andrew Madrid's Motion in Limine No. 8 to Exclude Impeachment of Mr. Madrid - TAKEN UNDER ADVISEMENT.

Court to issue written order expeditiously.

**Trial Housekeeping**

Jury Selection Date

Jury selection is set for Tuesday, September 22, 2026, at 9:00 a.m. before District Judge Micah W. J. Smith. Parties should be in the courtroom ready to proceed at 8:45 a.m. to address any matters that need to be taken up prior to jury selection. On 9/22/2026 lunch will be from 11:30 a.m. – 1:00 p.m. Parties should be prepared to proceed with opening statements. Government should also be prepared to call its first witness should time permit.

Trial Duration and Jury Trial Schedule

Government anticipates 2-3 days to present their case in chief. Defense anticipates no more than half a day. Parties agree that prospective jurors can be told, during jury selection, that the jury will begin deliberations by Tuesday, September 29, 2026.

Trial days will start at 9:00 a.m. and end at 4:30 p.m. There will be three breaks in the trial day, at the following approximate times: (1) a 10-minute mid-morning break, (2) a lunch break between 12:00 p.m. and 1:00 p.m., and a 10-minute mid-afternoon break. Other shorter "stretch" breaks may be taken throughout the day as needed.

Counsel must appear at 8:45 a.m. on each trial day and must be prepared to stay after 4:30 p.m. as needed. The court will use these periods of time to address any matters that should be handled outside the presence of the jury. If any counsel believes additional time is needed to handle a matter in the morning before a trial day, they should email the

courtroom deputy as early as possible in the preceding trial day to make a request to appear before 8:45 a.m.

Jurors and Voir Dire

The court and parties agreed on 12 jurors and 2 alternates. All 14 jurors will seated in the jury box. The court explained its voir dire procedure to the parties.

The court intends to let the prospective jurors know in advance how the long the trial will be and when they can expect to deliberate.

The court will allow the parties each 20 minutes attorney voir dire of the jury.

Jury Instructions and Verdict Form

Parties are in agreement regarding Dkt. No. [359] Government's Proposed Verdict Form, and Dkt. No. [360] Joint Proposed Jury Instructions. The court will prepare final copy for the parties to review. Scheduling of a final charge conference will depend on the timing of the trial. Parties to submit word document versions of the proposed jury instructions and proposed verdict form to Smith_Orders@hid.uscourts.gov.

Other Trial Matters

By agreement of the parties, the court will not provide a copy of the charging document to the jury during their deliberations.

On the government's request, the court orders the exclusion of witnesses pursuant to Rule 615(a) during trial. The government's designated case agent and Defendant are not covered by this order.

The court inquired into whether Arturo Madrid is still represented by counsel or whether counsel should be reappointed. The court also encouraged the parties to request a further hearing (either before or during trial) at which Arturo Madrid's counsel is present to ensure that Arturo Madrid has received or is receiving advice of counsel on whether to testify.

Parties may reach out to the Courtroom Deputy by email should they need any additional status conferences.

Defendant (05) Andrew Madrid to remain on previously imposed conditions of release.

*Submitted by: Anjelica Barker, Courtroom Deputy*